IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:09-cv-699-MEF |
| | ) |
| EUGENE L. CLECKLER, | ) (WO) |
| KIM E. CLECKLER, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

Because the defendant, Eugene L. Cleckler, has filed a petition in bankruptcy, it is the ORDER, JUDGMENT, and DECREE of the Court:

1. The defendant, Eugene L. Cleckler, is hereby DISMISSED without prejudice from this case. Any party has the right to petition to reinstate this action to pursue any claim embraced herein that is not adjudicated in or discharged by the proceedings in the bankruptcy court.

2. Such reinstatement, if and when allowed, will cause the filing date of any claim so reinstated to relate back to the original filing date of this action.

3. Any petition for reinstatement must be filed by a party within sixty days after the bankruptcy court has taken such action that entitles that party to seek reinstatement.

The Clerk of Court is DIRECTED to mail a copy of this order to the bankruptcy court.

DONE this the 7th day of June, 2010.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE